IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ERIC T. CLARK,

    Plaintiff,

v.     Civil Action No. 3:19CV454–HEH

CITY OF CHESAPEAKE, VA
SHERIFF OFFICE, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On June 26, 2019, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on July 24, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $12.37 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                          /s/
                        HENRY E. HUDSON
Date: Aug 26 2019     SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia